IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EXXONMOBIL PIPELINE COMPANY,<br><br>Defendant. | CV 19-48-BLG-SPW<br><br>ORDER |

Before the Court is the United States' unopposed motion to enter the lodged consent decree as final judgment. (Doc. 3). The motion is granted. The consent decree will be entered separately.

DATED this 4th day of June, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1